UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Towana P Fenner<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-31726<br><br>Chapter:  13<br><br>Honorable A. Benjamin Goldgar |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation to treat the secured claim of Jefferson Capital Systems, LLC for the 2008 Dodge Charger as a surrender of collateral in section 3.5 of the plan and that any allowed unsecured claim resulting from the disposition of the collateral be treated in part 5 of the plan as a nonpriority unsecured claim and the Chapter 13 Trustee will not make any payments to a secured claim by Jefferson Capital Systems, LLC.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:   **1 2 MAR 2019**

**Prepared by:**
David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20170105_bko